No. 09–8695. CORYELL v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL., 559 U. S. 1015. Motion for leave to file petition for rehearing denied.

No. 10–5328. TILLMAN v. NEW LINE CINEMA ET AL., *ante*, p. 1085. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–6396. DAVID v. FIDELITY INVESTMENTS ET AL., *ante*, p. 1054. Petition for rehearing denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7175. BANKOFF v. UNITED STATES, *ante*, p. 1086. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 25, 2011

No. 10–8590 (10A737). HAMMOND v. OWENS, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. Super. Ct. Fulton County, Ga. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. The order heretofore entered by JUSTICE THOMAS is vacated.

JANUARY 26, 2011

No. 10–832. GUNN v. RELIANCE STANDARD LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

FEBRUARY 8, 2011

No. 10A785. LINK v. LOMBARDI, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE ALITO, and by him referred to the Court, denied.